Law Office of
## Roland M. Cercone, PLLC.

Cornell Mansion
484 Delaware Avenue
Buffalo, New York 14202
Telephone: 716-883-3300          Facsimile: 716-883-2163

December 24, 2013

Hon. William M. Skretny
United States District Court
2 Niagara Street
Buffalo, New York 14202

    Re: Silmon, et al. v. City of Buffalo, et al.
      Docket No.: 10-CV-274S

Dear Justice Skretny,

  Please be advised that we have reached a tentative settlement in this matter for $75,000.00 pending approval of the Common Counsel. Therefore, we do not need any further appearances and we will notify you once we have received approval.

  Should you have any questions or concerns, please do not hesitate to contact me.

             Respectfully Submitted,

             Roland M. Cercone

RMC/tlm

Cc: Carmen J. Gentile, Esq.